FILED
SEP 14 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant | NO. 05-993C<br>DISCLOSURE STATEMENT (FRCP 7.1) |

Pursuant to FRCP 7.1(a), Triton Marine Construction Corporation does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED this 13 day of September, 2005.

CARNEY BADLEY SPELLMAN, P.S.

By Stephen L Nourse

Stephen L. Nourse
CARNEY BADLEY SPELLMAN, P.S.
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017
(206) 622-8020
email: nourse@carneylaw.com
Attorneys for Triton Marine Construction Corporation

*Of Counsel:*
John C. Dippold
CARNEY BADLEY SPELLMAN, P.S.
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017
(206) 622-8020
email: dippoldj@carneylaw.com