IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | NO. 05-993 C<br>Judge Lawrence J. Block<br><br>NOTICE OF CHANGE OF ADDRESS<br><br>(Clerk's Action Required) |

TO: The Clerk of the Court
AND TO: All above-named parties and their attorneys of record

YOU AND EACH OF YOU PLEASE TAKE NOTICE that Carney Badley Spellman, P.S. is moving effective October 1, 2005. After that date, please direct all pleadings, correspondence and other papers to the following address:

**Carney Badley Spellman, P.S.**
**701 Fifth Avenue, Suite 3600**
**Seattle, WA 98104-7010**
**Telephone: (206) 622-8020**
**Facsimile: (206) 467-8215**

DATED this 20th day of September, 2005.

CARNEY BADLEY SPELLMAN, P.S.

By John C. Dippold
for Stephen L. Nourse
CARNEY BADLEY SPELLMAN, P.S.
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017
(206) 622-8020
Email: nourse@carneylaw.com
Attorneys for Triton Marine Construction Corp.

*Of Counsel:*
John C. Dippold
CARNEY BADLEY SPELLMAN, P.S.
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017
(206) 622-8020
Email: dippoldj@carneylaw.com