IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION,<br>Plaintiff, | ) | |
| v. | ) | No. 05-993C<br>(Judge Block) |
| THE UNITED STATES,<br>Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David R. Feniger as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-3390
Facsimile: (202) 305-2118

Dated: October 3, 2005

## CERTIFICATE OF FILING

I hereby certify that on October 3, 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David R. Feniger