# The United States Court of Federal Claims

**No: 05-993 C**
**February 7, 2006**

**TRITON MARINE CONSTRUCTION CORPORATION,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

On January 5, 2006, the parties filed a Joint Preliminary Status Report. In accordance with the Appendix A of the Rules of the Court of Federal Claims ("RCFC"), the parties are ORDERED to comply with the following schedule:

1. The parties shall complete factual discovery no later than **October 2, 2006**.

2. The parties shall disclose the identity of any experts no later than **October 16, 2006**.

3. The parties shall complete expert witness discovery no later than **November 17, 2006**.

4. The parties shall file a Joint Status Report indicating how they wish to proceed with this matter no later than **December 1, 2006**.

**IT IS SO ORDERED.**

s/Lawrence J. Block

Lawrence J. Block
Judge