IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-993C<br>(Judge Block) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Elizabeth Thomas as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Elizabeth Thomas
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington D.C. 20530

Attention: Classification Unit,
8th Floor

/s/Elizabeth Thomas
Elizabeth Thomas
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: 202-353-4175
Facsimile: 202-514-7965

Dated: March 31, 2006

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/Elizabeth Thomas