IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | No. 05-993 C<br>Judge Lawrence J. Block |

**JOINT REQUEST FOR ENLARGEMENT OF TIME**

The parties jointly come before the court with an unopposed request for an enlargement of time in which to (1) complete fact discovery, (2) disclose the identity of any experts, (3) complete expert witness discovery, and (4) file a joint status report. The parties make this joint request because they have entered into preliminary settlement discussions which will require input and analysis from both sides. To this end, a settlement offer has been made with a deadline of October 6, 2006. The fact discovery cutoff is October 2, 2006. In light of the foregoing, the parties jointly request additional time to properly investigate the possibility of settlement without the expense of litigation.

The February 7, 2006, Scheduling Order deadlines are as follows:

1. Complete fact discovery by 10/2/06 **– requested deadline 2/6/07**
2. Disclose the identity of any experts by 10/16/06 **– requested deadline 2/23/07**
3. Complete expert witness discovery by 11/17/06 **– requested deadline 3/30/07**

4. File a joint status report by 12/1/06 **– requested deadline 4/13/07**

Due to ongoing settlement discussions, the parties have agreed to, and jointly request, a four month extension of all of the above deadlines.

Dated: September 26, 2006.

Respectfully submitted,

s/ Stephen L. Nourse
STEPHEN L. NOURSE
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020
Email: nourse@carneylaw.com
Attorneys for Triton Marine
Construction Corporation

*Of Counsel:*
JOHN C. DIPPOLD
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-5017
(206) 622-8020
Email: dippoldj@carneylaw.com
Attorneys for Triton Marine
Construction Corporation

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-4175
Email: Elizabeth.Thomas@usdoj.gov
Attorneys for Defendant