# The United States Court of Federal Claims

**No: 05-993 C**
**October 3, 2006**

**TRITON MARINE CONSTRUCTION CORPORATION,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

Having considered the parties' joint motion filed on September 26, 2006 for an extension of the discovery deadlines, the parties are ORDERED to comply with the following schedule:

1. Factual discovery shall be completed by Tuesday, **February 6, 2007.**
2. Identity of any experts shall be disclosed by Friday, **February 23, 2007.**.
3. Expert witness discovery shall be completed by Friday, **March 30, 2007.**
4. The parties shall file by Friday, **April 13, 2007** a Joint Status Report indicating how they wish to proceed with this matter.

**IT IS SO ORDERED.**

s/Lawrence J. Block

Lawrence J. Block
Judge